F. R. Walker, for plaintiff in error.

L. W. Thomas, solicitor, *contra*.

---

Tripp *v.* The State.

Simmons, J.—The evidence warranted the verdict; the newly discovered evidence is cumulative only; and there was no error in denying a new trial.    *Judgment affirmed.*

October 8, 1894.

Indictment for carrying concealed weapon. Before Judge Henry. Floyd superior court. March term, 1894.

J. W. Ewing and A. G. Ewing, for plaintiff in error.

W. J. Nunnally, solicitor-general, *contra*.

---

Powell *v.* The State.

Simmons, J.—In view of the evidence, there was no substantial error committed by the court, and no error at all in denying a new trial.

October 15, 1894.    *Judgment affirmed.*

Indictment for murder. Before Judge Henry. Floyd superior court. March term, 1894.

Wrights & Hamilton and W. W. Vandiver, for plaintiff in error. J. M. Terrell, attorney-general, and W. J. Nunnally, solicitor-general, *contra*.

---

Cox *et al. v.* The State.

Bleckley, C. J.—The evidence warranted the finding of guilty by the judge, and it does not affirmatively appear with sufficient certainty that any error was committed in refusing to rule out testimony.    *Judgment affirmed.*

October 15, 1894.

Accusation of gaming. Before Judge Westmoreland. Criminal court of Atlanta. September term, 1894.

Howell C. Erwin, for plaintiffs in error.

Lewis W. Thomas, solicitor, *contra*.